FILED
CLERK, U.S. DISTRICT COURT

**MAR 2 5 2014**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

JOHN MANUEL VALERO

       Defendant.

) 14-MJ-634
)
) ORDER OF DETENTION AFTER
) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
) Allegations of Violations of Probation
) Supervised Release)
) Conditions of Release)
)
)
)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( )  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//

//

1    The court concludes:

2  A.    (X)   Defendant poses a risk to the safety of other persons or the community

3              because defendant has not demonstrated by clear and convincing

4              evidence that:

5              He IS NoT.

6              _____

7              _____

8              _____

9

10  (B)    (X)   Defendant is a flight risk because defendant has not shown by clear

11              and convincing evidence that:

12              HE IS NoT.

13              _____

14              _____

15              _____

16

17        IT IS ORDERED that defendant be detained.

18

19  DATED: 3-25-2014

20

21

22

23                                   JOHN E. MCDERMOTT

24                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2